UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE LARDNER,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATE DEPARTMENT OF JUSTICE,<br><br>  Defendant. | Civil Action No. 03-0180 (JDB) |

## ORDER

Upon consideration of [23] plaintiff's motion for summary judgment or, in the alternative, for a more adequate <u>Vaughn</u> index, [24] defendant's motion for summary judgment, and the entire record in this case, and for the reasons explained in the Memorandum Opinion issued on this date, it is this <u>31st</u> day of March, 2005, hereby

**ORDERED** that plaintiff's motion for summary judgment or, in the alternative, for a more adequate <u>Vaughn</u> index is **GRANTED** in part and **DENIED** in part; it is further

**ORDERED** that defendant's motion for summary judgment is **GRANTED** in part and **DENIED** in part; and it is further

**ORDERED** that defendant shall disclose to plaintiff the names of unsuccessful pardon applicants to the extent they appear in requested documents, and the names of individuals who wrote letters in support of pardon applications or were listed as character references on pardon applications to the extent they appear in requested documents, except that defendant shall not be required to disclose to plaintiff any names that appear in documents or portions of documents

that defendant has otherwise properly withheld under FOIA.

                                           /s/ John D. Bates
                                             JOHN D. BATES
                                     United States District Judge

Dated:   March 31, 2005


Copies to:

Michael Edward Tankersley
Public Citizen Litigation Group
1600 20th Street, Northwest
Washington, D.C.  20009
202-588-1000 (telephone)
202-588-7795 (fax)
E-mail:  tankers@citizen.org

Allison Marcy Zieve
Public Citizen Litigation Group
1600 20th Street, Northwest
Washington, D.C.  20009
202-588-1000 (telephone)
202-588-7795 (fax)
E-mail:  azieve@citizen.org

John Russell Tyler
United States Department of Justice
20 Massachusetts Avenue, Northwest
Washington, D.C.  20530
202-514-2356 (telephone)
202-616-8470 (fax)
E-mail:  john.tyler@usdoj.gov